**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Leticia SANTOS–GARCIA, a.k.a. Leticia Santos, Defendant–Appellant.**

**No. 11–13093**
**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

March 27, 2012.

Yvette Rhodes, Christopher Francis Murray, Robert E. O'Neill, David Paul Rhodes, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

H. Kyle Fletcher, Office of H. Kyle Fletcher, Oviedo, FL, for Defendant–Appellant.

---

Before EDMONDSON, MARCUS and MARTIN, Circuit Judges.

PER CURIAM:

Kyle Fletcher, appointed counsel for Leticia Santos–Garcia in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Santos–Garcia's conviction and sentence are **AFFIRMED**.